# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

| AMERICAS | ASIA | EUROPE & MIDDLE EAST | |
|---|---|---|---|
| NEW YORK | BEIJING | ABU DHABI | LONDON |
| SAN FRANCISCO | HONG KONG | BRUSSELS | MILAN |
| SÃO PAULO | SEOUL | COLOGNE | PARIS |
| SILICON VALLEY | | FRANKFURT | ROME |
| WASHINGTON, D.C. | | | |

CRAIG B. BROD
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEV L. DASSIN
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
JEFFREY A. ROSENTHAL
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARP
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM
ALAN M. LEVINE
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
DEBORAH NORTH
MATTHEW P. SALERNO
MICHAEL J. ALBANO

VICTOR L. HOU
ROGER A. COOPER
LILLIAN TSU
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
RISHI ZUTSHI
JANE VANLARE
AUDRY X. CASUSOL
ELIZABETH DYER
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO
HUGH C. CONROY, JR.
JOHN A. KUPIEC
JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES
RAHUL MUKHI
ELANA S. BRONSON
MANUEL SILVA

KYLE A. HARRIS
LINA BENSMAN
ARON M. ZUCKERMAN
KENNETH S. BLAZEJEWSKI
MARK E. MCDONALD
F. JAMAL FULTON
PAUL V. IMPERATORE
CLAYTON SIMMONS
CHARLES W. ALLEN
JULIA L. PETTY
HELENA K. GRANNIS
SUSANNA E. PARKER
THOMAS S. KESSLER
    RESIDENT PARTNERS

JUDITH KASSEL
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
HEIDE H. ILGENFRITZ
ANDREW WEAVER
JOHN V. HARRISON
MATTHEW BRIGHAM
EMILIO MINVIELLE
LAURA BAGARELLA
JONATHAN D.W. GIFFORD
DAVID W.S. YUDIN
KARA A. HAILEY
ANNA KOGAN
BRANDON M. HAMMER
BRIAN J. MORRIS
CARINA S. WALLANCE
ALEXANDER JANGHORBANI
    RESIDENT COUNSEL

D: +1 212-225-2000
jrosenthal@cgsh.com

April 17, 2023

<u>VIA ECF</u>

The Hon. Paul G. Gardephe
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:  *Glaz LLC, et al. v. Sysco Corp.*, No. 23-CV-02489-PGG (S.D.N.Y.)

Dear Judge Gardephe:

    We write on behalf of Respondent Sysco Corporation ("Sysco") in response to Petitioners' ("Burford") letter of Friday, ECF No. 14 ("Letter") supplementing Burford's response to Sysco's pre-motion letter seeking leave to move to transfer this proceeding.[1]

    Burford's letter discusses a recent decision by Judge Durkin of the Northern District of Illinois ("IL Court") declining to accept reassignment from Judge Pacold (of the same court) of Sysco's pending Illinois petition.  That decision concerned assignment between two judges *within* the IL Court and does not support denial of transfer of this proceeding to the IL Court.  Critically, the reassignment decision had nothing to do with whether Sysco's Illinois petition or Burford's New York petition was first filed, a potentially dispositive issue with respect to transfer motions.  That question is squarely before Judge Pacold in the form of Burford's motion to dismiss Sysco's undeniably earlier-filed petition and, as Burford noted, that motion has now been fully briefed.  Should the IL Court reject Burford's motion and thus definitively establish the Illinois action as first filed, this Court should transfer this action to the IL Court.  That would be consistent with the weight of authority, contrary to Burford's misstatements of the law regarding the impact of a first-filed motion, particularly given the

---

[1] Burford's Letter goes far beyond concisely bringing to the Court's attention short "supplemental authority" but appears more designed for media consumption.  Sysco disagrees with Burford's mischaracterizations of both the facts and the decision it addresses, but will refrain from burdening the Court with a rebuttal on issues not relevant to Sysco's request for leave to file a motion to transfer.

The Hon. Paul G. Gardephe, p. 2

undeniable relationship between the negotiation, performance and subject matter of the contract at issue and the IL Court.

        Respectfully submitted,

        */s/ Jeffrey A. Rosenthal*
        Jeffrey A. Rosenthal
        Lina Bensman
        CLEARY GOTTLIEB STEEN & HAMILTON LLP
        One Liberty Plaza
        New York, New York 10006
        T: 212-225-2000
        F: 212-225-3999
        jrosenthal@cgsh.com
        lbensman@cgsh.com

        Christopher P. Moore
        CLEARY GOTTLIEB STEEN & HAMILTON LLP
        2 London Wall Place
        London EC2Y 5AU
        United Kingdom
        + 44 20 7614 2200 (Telephone)
        cmoore@cgsh.com

        *Attorneys for Respondent Sysco Corporation*