# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

**AMERICAS**
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.

**ASIA**
BEIJING
HONG KONG
SEOUL

**EUROPE & MIDDLE EAST**
ABU DHABI
BRUSSELS
COLOGNE
FRANKFURT
LONDON
MILAN
PARIS
ROME

CRAIG B. BROD
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEV L. DASSIN
DAVID H. BOTTER
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
JEFFREY A. ROSENTHAL
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM
ALAN M. LEVINE
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
DEBORAH NORTH
MATTHEW P. SALERNO
MICHAEL J. ALBANO

VICTOR L. HOU
ROGER A. COOPER
LILLIAN TSU
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
RISHI ZUTSHI
JANE VANLARE
AUDRY X. CASUSOL
ELIZABETH DYER
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO
HUGH C. CONROY, JR.
JOHN A. KUPIEC
JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES
RAHUL MUKHI
ELANA S. BRONSON
MANUEL SILVA
KYLE A. HARRIS

LINA BENSMAN
ARON M. ZUCKERMAN
KENNETH S. BLAZEJEWSKI
MARK E. MCDONALD
F. JAMAL FULTON
PAUL V. IMPERATORE
CLAYTON SIMMONS
CHARLES W. ALLEN
JULIA L. PETTY
HELENA K. GRANNIS
SUSANNA E. PARKER
THOMAS S. KESSLER
RESIDENT PARTNERS

JUDITH KASSEL
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
HEIDE H. ILGENFRITZ
ANDREW WEAVER
JOHN V. HARRISON
MATTHEW BRIGHAM
EMILIO MINVIELLE
LAURA BAGARELLA
JONATHAN D.W. GIFFORD
DAVID W.S. YUDIN
KARA A. HAILEY
ANNA KOGAN
BRANDON M. HAMMER
BRIAN J. MORRIS
CARINA S. WALLANCE
ALEXANDER JANGHORBANI
RESIDENT COUNSEL

D: +1 212-225-2000
jrosenthal@cgsh.com

April 28, 2023

<u>VIA ECF</u>

The Hon. Paul G. Gardephe
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *Glaz LLC, et al. v. Sysco Corp.*, No. 23-CV-02489-PGG (S.D.N.Y.)

Dear Judge Gardephe:

We write on behalf of Respondent Sysco Corporation ("Sysco") in response to Petitioners' (collectively, "Burford") bizarre April 24, 2023 letter purporting to explain to Your Honor why Burford chose *not* to seek relief in the form of a motion to remand this case to state court.  *See* ECF No. 16 ("Letter").  By writing to the Court for the express purpose of not seeking relief, in reality, the Letter is actually nothing more than a procedurally improper second supplement to Burford's opposition to Sysco's motion to transfer this case to the Northern District of Illinois ("IL Court").  *See* ECF No. 5 (Sysco's pre-motion letter on motion to transfer).  The Court should therefore disregard the Letter, which Burford did not seek leave to submit.

In any event, the question of the IL Court's jurisdiction is for that court to decide if and when Burford actually challenges such jurisdiction (which it has never done and would have no legal basis to do).  Burford's non-existent challenge to the IL Court's jurisdiction with respect to the first-filed petition presently before that court is certainly of no consequence to this Court's consideration of Sysco's transfer motion.  The question for this Court on Sysco's motion to transfer is whether Burford's petition to confirm could have been brought in the IL Court, *see* ECF No. 5 at 3-5.  Burford's concession that the arbitral award at issue indeed does fall under the New York Convention and thus that this Court has subject matter jurisdiction also means that Burford cannot credibly challenge that its petition could have been brought in the IL Court.  In any event, we stand ready to litigate the IL Court's jurisdiction should Burford ever challenge it.

The Hon. Paul G. Gardephe, p. 2

If the Court has any further questions or concerns on these issues, we are available to address them through any further submission that would be of assistance.[1]

Respectfully submitted,

*/s/ Jeffrey A. Rosenthal*
Jeffrey A. Rosenthal
Lina Bensman
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
T: 212-225-2000
F: 212-225-3999
jrosenthal@cgsh.com
lbensman@cgsh.com

Christopher P. Moore
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2 London Wall Place
London EC2Y 5AU
United Kingdom
+ 44 20 7614 2200 (Telephone)
cmoore@cgsh.com

*Attorneys for Respondent Sysco Corporation*

---

[1] Burford continues to assert that this Court lacks diversity jurisdiction, *see* Letter at 1, but has failed to establish that point. While it is mooted by Burford's concession of subject matter jurisdiction, all of Sysco's rights are reserved as to that issue.