KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

May 8, 2023

*Via ECF*

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Glaz LLC, et al. v. Sysco Corp.*, No. 23-cv-02489-PGG

Your Honor:

      I write pursuant to Rule I(D) of Your Honor's Individual Rules of Practice to request a stipulated extension to Petitioners' deadline to file a letter addressing the continued sealing and redaction of documents filed by Sysco.  *See* ECF Nos. 19, 20, 21.  Petitioners are required to file a letter "explaining the need to seal or redact the materials" within three days of Sysco's May 3 filing which, here, is May 8.  Individual Rule of Practice II(A); Fed. R. Civ. P. 6(a)(1).  Petitioners request a two week extension, until May 22, to confer with Sysco regarding the proposed redactions.  Petitioners apologize that this request comes fewer than two business days before the deadline for filing.  The deadline under Individual Practice Rule II(A) was only three business days and the parties were only able to confer on the extension request late Friday.  The parties have agreed to a similar extension regarding briefing on a motion for protective order seeking parallel redactions to similar documents in the Northern District of Illinois.  *See* Respondents' Mot. for Protective Order, *Sysco Corp. v. Glaz, LLC*, No. 1:23-cv-01451 (N.D. Ill. Apr. 28, 2023), ECF No. 44 (attached hereto as Exhibit 1).  An extension in this case would allow the parties to synchronize the redactions in the two cases.  This is Petitioners first request for an extension.  Sysco has informed Petitioners that it consents to the extension.

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

Hon. Paul G. Gardephe
May 8, 2023
Page 2

Respectfully submitted,

 /s/ Derek T. Ho
Derek T. Ho
KELLOGG, HANSEN, TODD, FIGEL
& FREDERICK, P.L.L.C.
1615 M Street NW, Suite 400
Washington, D.C. 20036
(202) 326-7900 (Telephone)
dho@kellogghansen.com

Christopher P. DeNicola
Thomas E.L. Dewey
777 Third Avenue, 37th Floor
New York, NY 10017
(212) 943-9000 (Telephone)
(212) 943-4325 (Fax)
cdenicola@dpklaw.com
tdewey@dpklaw.com

*Attorneys for Petitioners Glaz LLC, Posen Investments LP, and Kenosha Investments LP*

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated:  May 10, 2023