KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

June 20, 2023

*Via ECF*

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

     Re:    *Glaz LLC, et al. v. Sysco Corp.*, No. 23-cv-02489-PGG

Your Honor:

    I write pursuant to Rule I(D) of Your Honor's Individual Rules of Practice to request an extension to Petitioners' deadline to respond to Respondent's Petition to Vacate Arbitration Award filed June 9, 2023. *See* ECF Nos. 32, 33. Petitioners' opposition is due June 23. Petitioners request a two-week extension, until July 7, to submit their opposition. This is Petitioners' first request and Respondent consents to the request.

                                                     Respectfully submitted,

                                                     /s/ Derek T. Ho
                                                   Derek T. Ho
                                                   KELLOGG, HANSEN, TODD, FIGEL
                                                    &FREDERICK, P.L.L.C.
                                                   1615 M Street NW, Suite 400
                                                   Washington, D.C. 20036
                                                   (202) 326-7900 (Telephone)
                                                    dho@kellogghansen.com

                                                   Thomas E.L. Dewey
                                                   Christopher P. DeNicola
                                                   777 Third Avenue, 37th Floor
                                                   New York, NY 10017

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

*[signature]*

**Paul G. Gardephe, U.S.D.J.**

Dated: June 23, 2023

Kellogg, Hansen, Todd, Figel & Frederick, p.l.l.c.

Hon. Paul G. Gardephe
June 20, 2023
Page 2

(212) 943-9000 (Telephone)
(212) 943-4325 (Fax)
tdewey@dpklaw.com
cdenicola@dpklaw.com

*Attorneys for Petitioners Glaz LLC, Posen Investments LP, and Kenosha Investments LP*