IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLAZ LLC, POSEN INVESTMENTS LP, and KENOSHA INVESTMENTS LP,<br><br>*Petitioners*,<br><br>v.<br><br>SYSCO CORPORATION,<br><br>*Respondent*. | Case No. 23-cv-02489-PGG |

## STIPULATION OF DISMISSAL

Petitioners Glaz LLC, Posen Investment LP, and Kenosha Investment LP and Respondent Sysco Corporation hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party to bear its own attorney's fees and costs.

Dated:  June 28, 2023

By: */s/ Jeffrey A. Rosenthal*

Jeffrey A. Rosenthal
Lina Bensman
CLEARY GOTTLIEB STEEN &
   HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000 (Telephone)
(212) 225-3999 (Facsimile)
jrosenthal@cgsh.com
lbensman@cgsh.com

Christopher P. Moore
CLEARY GOTTLIEB STEEN &
   HAMILTON LLP
2 London Wall Place
London EC2Y 5AU
United Kingdom

Respectfully submitted,

By: */s/ Derek T. Ho*

Derek T. Ho
KELLOGG, HANSEN, TODD, FIGEL
   & FREDERICK, P.L.L.C.
1615 M Street NW, Suite 400
Washington, D.C.  20036
(202) 326-7900 (Telephone)
dho@kellogghansen.com

Thomas E.L. Dewey
Christopher P. DeNicola
777 Third Avenue, 37th Floor
New York, NY 10017
(212) 943-9000 (Telephone)
tdewey@dpklaw.com
cdenicola@dpklaw.com

1

+ 44 20 7614 2200 (Telephone)  
cmoore@cgsh.com

*Attorneys for Respondent Sysco Corporation*

*Attorneys for Petitioners Glaz LLC, Posen Investments LP, and Kenosha Investments LP*